UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **YVETTE BAGLEY** | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: S02CV4084 |
| **PROVIDENT BANK OF MARYLAND** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PROVIDENT BANK'S
MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendant, Provident Bank of Maryland, by its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 15(a), hereby requests leave of Court to file the Defendant's First Amended Answer. The grounds for this Motion are set forth in the Memorandum of Law in Support of this Motion for Leave to Amend Answer.

/s/ Mark M. Dumler
Mark M. Dumler, Federal Bar No.: 07893
Parker, Dumler & Kiely LLP
36 South Charles Street
Suite 2200, Charles Center South
Baltimore, Maryland  21201
(410)  625-9330
Attorneys for Defendant, Provident Bank

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2003, a copy of the foregoing Motion for Leave to File Amended Answer was served via e-filing on:

>Norris C. Ramsey, Esquire
>Norris C. Ramsey, P.A.
>2122 Maryland Avenue
>Baltimore, MD 21218

>*/s/ Mark M. Dumler*
>Mark M. Dumler, Federal Bar No.: 07893