UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVETTE BAGLEY | * | |
|     Plaintiff | * | |
| v. | * | CASE NO.: S02CV4084 |
| PROVIDENT BANK OF MARYLAND | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion for Leave to File Amended Answer and any opposition thereto, the record herein and there appearing to be good cause therefore, it is this _____ day of _____, 2003,

ORDERED, that the Defendant's Motion for Leave to File Amended Answer is hereby GRANTED and that the Clerk shall docket the First Amended Answer.

_____
Honorable Frederick N. Smalkin

cc: Mark M. Dumler, Esquire
    Norris C. Ramsey, Esquire