UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVETTE BAGLEY | * | |
|     Plaintiff | * | |
| v. | * | CASE NO.: S02CV4084 |
| PROVIDENT BANK OF MARYLAND | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### FIRST AMENDED ANSWER TO COMPLAINT

Defendant, Provident Bank (formerly known as Provident Bank of Maryland) ("Provident"), by its attorneys, Mark M. Dumler and Parker, Dumler & Kiely LLP, files this First Amended Answer to the Complaint filed by the Plaintiff, Yvette Bagley ("Bagley"), as follows:

### First Defense

Provident responds to the allegations in the numbered paragraphs of the Complaint as follows:

1. Provident denies the allegations in paragraph 1 of the Complaint.

2. Provident denies the allegations in Paragraph 2 of the Complaint.

3. There are no allegations set forth in paragraph 3 of the Complaint.

4. In response to paragraph 1 in Count 1 of the Complaint, Provident adopts and reasserts its foregoing responses to the paragraphs incorporated by the Plaintiff.

5. Provident denies the allegations in Paragraphs 2 through 4 in Count 1 of the Complaint.

1

6. In response to paragraph 1 in Count 2 of the Complaint, Provident adopts and reasserts its foregoing responses to the paragraphs incorporated by the Plaintiff.

7. Provident denies the allegations in Paragraphs 2 through 4 in Count 2 of the Complaint.

8. To the extent not specifically admitted, Provident denies all other allegations in the Complaint.

## Second Defense

9. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## Third Defense

10. Plaintiff's claims are barred by the applicable statute of limitations.

## Fourth Defense

11. Plaintiff's claims are barred by laches.

## Fifth Defense

12. Plaintiff's claims are barred by her failure to timely file suit under the jurisdictional requirements established by the statutes upon which she sued.

## Sixth Defense

13. Plaintiff's claims are barred by estoppel.

## Seventh Defense

14. Plaintiff's claims are barred by waiver.

## Eighth Defense

15. Plaintiff has failed to exhaust her administrative and internal remedies prior to filing suit.

### Ninth Defense

16. Plaintiff has failed to mitigate any damages she claims that she sustained.

### Tenth Defense

17. Plaintiff failed to avail herself of Provident's policies and procedures.

### Eleventh Defense

18. Provident exercised reasonable care to prevent and correct promptly any conduct alleged by Plaintiff, and Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by Provident or to avoid harm otherwise.

### Twelfth Defense

19. Provident had legitimate, non-discriminatory reasons for the actions it took in connection with the Plaintiff's employment.

WHEREFORE, Defendant, Provident Bank, requests this court to enter judgment in its favor and against the Plaintiff, Yvette Bagley, and to award costs and such other relief as this court deems just.

                                        */s/ Mark M. Dumler*
                                        Mark M. Dumler, Federal Bar No.: 07893
                                        Parker, Dumler & Kiely LLP
                                        36 South Charles Street
                                        Charles Center South, Suite 2200
                                        Baltimore, Maryland  21201
                                        (410) 625-9330

                                        Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2003, a copy of the foregoing First Amended Answer to Complaint was served via e-filing on:

> Norris C. Ramsey, Esquire
> Norris C. Ramsey, P.A.
> 2122 Maryland Avenue
> Baltimore, MD 21218

>> */s/ Mark M. Dumler*
>> Mark M. Dumler, Federal Bar No.: 07893