UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YVETTE BAGLEY                              *

      Plaintiff                          *

v.                                         *       CASE NO.: S02CV4084

PROVIDENT BANK OF MARYLAND     *

      Defendant                          *

*      *      *      *      *      *      *      *      *      *      *      *

FIRST AMENDED ANSWER TO COMPLAINT

Defendant, Provident Bank (formerly known as Provident Bank of Maryland) ("Provident"), by its attorneys, Mark M. Dumler and Parker, Dumler & Kiely LLP, ~~answers~~files this First Amended Answer to the Complaint filed by the Plaintiff, Yvette Bagley ("Bagley"), as follows:

First Defense

Provident responds to the allegations in the numbered paragraphs of the Complaint as follows:

1. Provident denies the allegations in paragraph 1 of the Complaint.

2. Provident denies the allegations in Paragraph 2 of the Complaint.

3. There are no allegations set forth in paragraph 3 of the Complaint.

4. In response to paragraph 1 in Count 1 of the Complaint, Provident adopts and reasserts its foregoing responses to the paragraphs incorporated by the Plaintiff.

5. Provident denies the allegations in Paragraphs 2 through 4 in Count 1 of the Complaint.

1

6. In response to paragraph 1 in Count 2 of the Complaint, Provident adopts and reasserts its foregoing responses to the paragraphs incorporated by the Plaintiff.

7. Provident denies the allegations in Paragraphs 2 through 4 in Count 2 of the Complaint.

8. To the extent not specifically admitted, Provident denies all other allegations in the Complaint.

## Second Defense

9. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## Third Defense

10. Plaintiff's claims are barred by the applicable statute of limitations.

## Fourth Defense

11. Plaintiff's claims are barred by laches.

## Fifth Defense

12. Plaintiff's claims are barred by her failure to timely file suit under the jurisdictional requirements established by the statutes upon which she sued.

## Sixth Defense

13. Plaintiff's claims are barred by estoppel.

## Seventh Defense

14. Plaintiff's claims are barred by waiver.

## Eighth Defense

15. Plaintiff has failed to exhaust her administrative and internal remedies prior to filing suit.

**Ninth Defense**

16. Plaintiff has failed to mitigate any damages she claims that she sustained.

**Tenth Defense**

17. Plaintiff failed to avail herself of Provident's policies and procedures.

**Eleventh Defense**

18.    Provident exercised reasonable care to prevent and correct promptly any conduct alleged by Plaintiff, and Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by Provident or to avoid harm otherwise.

**Twelfth Defense**

19.    Provident had legitimate, non-discriminatory reasons for the actions it took in connection with the Plaintiff's employment.

WHEREFORE, Defendant, Provident Bank, requests this court to enter judgment in its favor and against the Plaintiff, Yvette Bagley, and to award costs and such other relief as this court deems just.

_____/s/
_____

*Mark M. Dumler*_____

Mark M. Dumler, Federal Bar No.: 07893
Parker, Dumler & Kiely LLP
36 South Charles Street
Charles Center South, Suite 2200
Baltimore, Maryland  21201
(410) 625-9330

Counsel for Defendant

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ~~this _____ day of January, 2003;~~ March 25, 2003, a copy of

the foregoing First Amended Answer to Complaint was ~~mailed by first-class mail, postage~~

~~prepaid, to:~~ served via e-filing on:

Norris C. Ramsey, Esquire
Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, MD 21218

~~Mark   M.   Dumler~~/s/   Mark   M.

*Dumler*_____

Mark M. Dumler, Federal Bar No.: 07893